## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DEKIAH JACKSON                       :

                              :

        Petitioner,              :

                              :

        v.                     :    No.: 4:17-CV-1287

                              :

CUMBERLAND COUNTY PRISON,    :    (Judge Brann)
ET AL.,                          :

                              :

        Respondents.           :

## ORDER

**AND NOW**, this 2nd day of November 2017, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1.     Petitioner's request to proceed *in forma pauperis* is **GRANTED**.

2.     The Warden of the Cumberland County Prison is deemed to be the sole Respondent.

3.     Jackson's habeas corpus petition is **DISMISSED WITHOUT PREJUDICE**.

4.     The Clerk of Court is directed to **CLOSE** this case.

5.     Based on the Court's conclusion herein, there is no basis for the issuance of a certificate of appealability.

                              BY THE COURT:

                              *s/ Matthew W. Brann*
                              Matthew W. Brann
                              United States District Judge